STATE OF NEW JERSEY v. JOHNNIE MAE AYLER.

October 27, 1981.

Petition for certification denied.

PHILLIP PETNER v. FRANK PAULUSSEN.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DEREK THOMAS.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILCOX.

October 27, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 452)

PRIME CONSTRUCTION COMPANY v. ACORN
BUILDING COMPONENTS, INC.

October 27, 1981.

Petition for certification denied.